UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**VINCENT TORMENIA,**

      **Plaintiff,**

vs.                                            Case No. 8:12-cv-01404-T-27MAP

**FRANK CONTURSI and
MARTHA CONTURSI,**

      **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 5) of the Magistrate Judge recommending that Plaintiff's request to proceed *in forma pauperis* (Dkt. 3) be denied and this action dismissed with prejudice. Plaintiff has filed a Motion to Strike Magistrate Judge's Opinion (Dkt. 6), a Motion to Request an Opportunity to Amend (Dkt. 7), and a Motion of Enlargement of Time (Dkt. 8).

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, including the various motions filed by Plaintiff in response to the Report and Recommendation, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. In addition, the Motion to Request an Opportunity to Amend is due to be denied because it neither attaches a proposed amended pleading nor does it provide any basis for overcoming the Magistrate Judge's determination that this Court

lacks jurisdiction over Plaintiff's claim under both the *Rooker-Feldman* doctrine and 28 U.S.C. § 1441. Finally, the Motion of Enlargement of Time is due to be denied as moot.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Plaintiffs' request to proceed *in forma pauperis* (Dkt. 3) is **DENIED**.

(3) This cause is **DISMISSED** with prejudice. *See Alvarez v. Attorney General for Fla.*, 679 F.3d 1257, 1262 (11th Cir. 2012).

(4) The Motion to Strike Magistrate Judge's Opinion (Dkt. 6) and the Motion to Request an Opportunity to Amend (Dkt. 7) are **DENIED**.

(5) The Motion of Enlargement of Time (Dkt. 8) is **DENIED** as moot.

(4) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 30th day of July, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
*Pro Se* Plaintiff